### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARY J. OBEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-06-874-M |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 2, 2007, United States Magistrate Judge Shon T. Erwin issued Findings & Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of the Social Security Administration ("Commissioner"), denying plaintiff's application for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. Plaintiff was advised of her right to object to the Findings & Recommendation, and on July 17, 2007, plaintiff filed her objections.

In her objections, plaintiff challenges the Magistrate Judge's finding that the Administrative Law Judge ("ALJ") did not improperly overlook the opinion of her treating physician, Dr. Kem. Having carefully reviewed this matter de novo, the Court finds that the ALJ appropriately considered Dr. Kem's opinion.

Accordingly, the Court:

(1) ADOPTS the Findings & Recommendation issued by the Magistrate Judge on July 2, 2007, and

(2)     AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 31st day of July, 2007.**

/s/ Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE